IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNNE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, PATRICIA<br>VALAURI, PAROLE AGENT TAWNYA<br>PEEK, NATE SIMON, LAURA STEDILA,<br>and CHUCK ACKERMAN,<br><br>    Defendants. | Civil Action No. 18-998<br>Judge Arthur J. Schwab<br>Chief Magistrate Judge Maureen P. Kelly |

## **ORDER OF COURT**

After Plaintiff Lynne Thompson ("Plaintiff") filed two motions for leave to proceed in forma pauperis in the above-captioned matter, Chief United States Magistrate Judge Maureen P. Kelly filed a Report and Recommendation for denial of the motions, giving the parties until September 7, 2018, to file written objections thereto. Upon consideration of the Objections filed by Plaintiff, upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is ADOPTED as the Opinion of this Court,

IT IS HEREBY ORDERED this 12th day of September, 2018, that [1] and [2] motions for leave to proceed in forma pauperis are DENIED. Plaintiff shall have until **October 12, 2018**, to pay the filing fee in full or face dismissal for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

_____
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF