IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LYNNE THOMPSON,

       Plaintiff,                       18cv0998
                                       ELECTRONICALLY FILED

       v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE
*c/o Deputy District Director*, ET AL.,

       Defendants.

### ORDER OF COURT

On October 31, 2018, The Court denied *pro se* Plaintiff's Motion for Recusal. ECF 12. In her Motion for Recusal (ECF 11), Plaintiff asked that this Court recuse itself and made reference to previous cases she filed in the United States District Court for the Western District, some of which were assigned to this Court. Her Motion, ECF 11, also references a "Judge Todd," who is not a Judge in this District Court.

In the Court's Order denying Plaintiff's request that this Court recuse itself (ECF 12), this Court also dismissed Plaintiff's case for failing to pay the filing fee as per the Court's previous Order (ECF 9). Before dismissing the case for failure to file the required and Court-ordered fee, this Court addressed Plaintiff's recusal request, noting that application of the principles announced in *Liteky v. United States,* 510 U.s 540, 547 (1994), precluded the Court from recusing itself.

After filing the aforementioned Order (ECF 12), the Court learned that the Clerk's Office had timely received the Plaintiff's filing fee but, inadvertently, the Clerk's Office failed to docket the receipt of same. ECF 14. Upon Plaintiff's Motion for Reconsideration of the Order denying

recusal and dismissing this case (ECF 12), the Court granted Plaintiff's Motion and reopened this case.

For clarity, this Court now issues the instant Order DENYING Plaintiff's original request (ECF 10) as well as her renewed request (ECF 15) asking that this Court recuse itself from the instant matter.

                                                          SO ORDERED, this 29th day of November, 2018.

                                                          s/Arthur J. Schwab
                                                          Arthur J. Schwab
                                                          United States District Judge

cc:      Lynne Thompson
           P.O. Box 17233
           Pittsburgh, PA 15235